UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KIKIA WILLIAMS,      Plaintiff,

v.      Civil Action No. 3:19-cv-373-DJH-CHL

LINCOLN NATIONAL LIFE INSURANCE CO.,      Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 15) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

September 17, 2019

**David J. Hale, Judge**
**United States District Court**